RELIABLE MACHINE WORKS, Inc., v.
FURTEX MACHINE CORP.
OF AMERICA.

United States District Court
S. D. New York.

June 4, 1951.

526

---

James & Franklin, New York City,
Harold James, New York City, of counsel,
for plaintiff.

Harry Price, New York City, for defendant.

S. H. KAUFMAN, District Judge.

Plaintiff moves pursuant to (1), Fed.
Rules Civ.Proc. Rule 12(b) (6), 28 U.S.
C.A., to strike paragraphs 8 and 9 of defendant's counterclaim; (2) Rule 56(b)
for a summary judgment dismissing the
counterclaim; and, in the event that any
portion of the counterclaim is not stricken,
for separate trials of plaintiff's action
and the counterclaim and for an order
placing plaintiff's action on the non-jury
calendar.

Plaintiff charges defendant with infringement of a patent on a machine used
for the reconditioning of fur and fur garments, and seeks equitable relief against
further infringement, and an accounting
for general damages.

Defendant in its answer denies the commission of any acts of infringement and,
by way of a counterclaim, alleges violations by plaintiff of certain sections of
the anti-trust laws, 15 U.S.C.A. §§ 1, 2, 3,
and 14, for which it seeks treble damages.

 Paragraphs 8 and 9 of the counterclaim are defective in that they fail to
allege any specific overt acts by plaintiff,
but merely paraphrase the language of
the statute. To state a cause of action
under the anti-trust laws, specific facts
must be stated showing that the statutes
have been contravened and that as a consequence injury has resulted to the party
complaining. Merrimac Hat Corporation
v. Crown Overall Mfg. Co., D.C., S.D.N.Y.
1950, 91 F.Supp. 49; Brunswick-Balke-
Collender Co. v. American Bowling &

Billiard Corporation, D.C., S.D.N.Y.1942,
2 F.R.D. 487. The motion to strike paragraphs 8 and 9 is granted, with leave to
amend.

Notwithstanding the striking out
of paragraphs 8 and 9 of said complaint,
paragraphs 10, 11 and 12 present issues of
fact as a result of which plaintiff's motion for a summary judgment on the counterclaim must be denied. A party has the
right to a trial where the slightest doubt
exists as to the facts in issue. Peckham
v. Ronrico Corporation, 1 Cir., 1948, 171
F.2d 653, 657.

The motions by plaintiff for separate trials of the action and the counterclaim, and for assignment of the case to
the non-jury calendar are denied.

Settle order on notice.